UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 09577
   DWAYNE JEFFRIES
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-3463
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/25/07 .

2. The case was dismissed without confirmation, 10/19/2007.

3. The Debtor paid a total of $   3876.90 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 1109.00 |
| STERLING JEWELERS | SECURED | .00 | .00 | 68.04 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FAN DISTRIBUTING CO | UNSECURED | NOT FILED | .00 | .00 |
| MAX RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1177.04 | .00 | .00 | .00 | 1177.04 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1177.04 | .00 | .00 | .00 | 1177.04 |

The Debtor's attorney, ERNESTO D BORGES JR        , was allowed $   3500.00 and was paid $    576.00  direct and $    1799.64  through the plan.

The Trustee received $    124.84 .

Refunds to the Debtor totaled $    775.38 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/14/07 /S/
GLENN STEARNS
CHAPTER 13 TRUSTEE